_AO91 (Rev. 8/01)   Criminal Complaint

# United States District Court

| **SOUTHERN** | DISTRICT OF | **TEXAS** |

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| **Alejandro Salinas Rodriguez** **Durango, Durango** **Mexico** | Case Number:     **L-09-PO0516** |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about **January 12, 2009** in **Laredo, Texas** **Webb** County, in
(Date)

the Southern District of Texas, **Alejandro Salinas Rodriguez** defendant(s) ,

a **Mexican** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the
Official Title

following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by, **Alejandro Salinas Rodriguez** , who admitted to being a citizen of **Mexico** , who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo, Texas** , thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry and attempted entry took place on **January 12, 2009**

Continued on the attached sheet and made a part of this complaint:     ☐ Yes     ☒ No

/S/
Signature of Complainant

**Gabriel Salazar**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**January 14, 2009** at Laredo, Texas
Date                                                                                    City and State

**Diana Saldana**
U.S. Magistrate Judge
Name and Title of Judicial Officer                                            Signature of Judicial Officer